STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, V. FARMERS STATE BANK, APPELLEE: RICHARD H. THESING, APPELLANT.

FILED JULY 9, 1930. No. 27388.

*H. G. Wellensiek,* for appellant.

*C. M. Skiles* and *I. D. Beynon, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Richard H. Thesing, appellant, filed his claim in the district court for Polk county seeking to have the assets of the Farmers State Bank of Polk impressed with a trust in the amount of $1,298.20. The trial court found the deposit to be a general claim, and Thesing has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.